IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KISSEI PHARMACEUTICAL CO., LTD., WATSON LABORATORIES, INC and ACTAVIS, INC., <br><br> Plaintiffs, <br> v. <br><br> APOTEX, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 13-1092-LPS ) ) ) ) ) |

## SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiffs Actavis Laboratories UT, Inc. (f/k/a Watson Laboratories, Inc.), and Actavis, Inc. through counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby provide their supplemental statement as follows:

1. Watson Laboratories, Inc. has changed its name to Actavis Laboratories UT, Inc.

2. Actavis Laboratories UT, Inc. is a wholly-owned subsidiary of Actavis, Inc.

3. Actavis, Inc. was a wholly-owned subsidiary of Actavis plc, a publicly-traded Irish company.

4. On June 15, 2015, Actavis plc changed its name to Allergan plc.

5. As such, Actavis Laboratories UT, Inc. and Actavis, Inc. are now wholly-owned subsidiaries of Allergan plc.

6. Allergan plc is a publicly-owned company traded on the New York Stock Exchange under the ticker symbol AGN, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Of Counsel: | */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025) |
| Gary E. Hood | Jason J. Rawnsley (#5379) |
| Mark T. Deming | RICHARDS, LAYTON & FINGER, P.A. |
| POLSINELLI P.C. | 920 North King Street |
| 161 N. Clark Street | Wilmington, DE 19801 |
| Suite 4200 | (302) 651-7700 |
| Chicago, IL 60601 | fineman@rlf.com |
| (312) 819-1900 | rawnsley@rlf.com |
| ghood@polsinelli.com | |
| mdeming@polsinelli.com | *Attorneys for Plaintiffs Actavis Laboratories UT, Inc. (f/k/a Watson Laboratories, Inc.) and Actavis, Inc.* |

Dated: August 4, 2015